UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH OLIVER OWENS, BU4768,

Plaintiff,

v.

WARDEN & CASE RECORDS DIRECTOR FOR JAMESTOWN PRISON, et al.,

Defendant(s).

Case No. 26-cv-08152-CRB (PR)

**ORDER OF DISMISSAL**

This civil action by a prisoner was filed on August 5, 2026. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in the dismissal of the action.

More than 40 days have passed, and plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Accordingly, this action is DISMISSED without prejudice.

The clerk shall close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: September 16, 2026

CHARLES R. BREYER
United States District Judge